AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **JOHN FORTINI** | ) Case No.  11-8074-LRJ |
| | ) |
| | ) **SEALED** |
| _Defendant(s)_ | ) |

FILED by ___ D.C.

MAR ⎯ 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 2, 2011 _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii), 856(a)(1) | Possession with intent to manufacture and distribute marijuana; using and maintaining a place to manufacture marijuana |

This criminal complaint is based on these facts:

### SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
_Complainant's signature_

S/A DEVON M. ROBINSON, DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 03/08/2011 _____

_____
_Judge's signature_

City and state: _____ WEST PALM BEACH, FLORIDA _____

LINNEA R. JOHNSON, U.S. MAGISTRATE JUDGE
_Printed name and title_

**COMPLAINT AFFIDAVIT OF**
**SPECIAL AGENT DEVON M. ROBINSON**
**DRUG ENFORCEMENT ADMINISTRATION**

1.      Your Affiant, DEA Special Agent Devon M. Robinson, being first duly sworn, deposes and says that I am an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18, United States Code (U.S.C.); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code.  Your affiant has been employed with the U.S. Department of Justice, Drug Enforcement Administration (DEA) since June 2008, at which time your Affiant attended a fourteen (14) week Basic Intelligence Research Specialist Training School at the DEA Training Academy in Quantico, Virginia. This school included intensive programs on researching and analyzing major drug trafficking trends, and learning intelligence gathering techniques and resources for investigating drug trafficking organizations.  In August 2010, your Affiant attended a nineteen (19) week Basic Agent Training School at the DEA Training Academy in Quantico, Virginia. This school included an intensive program on drug identification and methods of drug trafficking, packaging and distribution. Your Affiant has been involved in numerous investigations involving the distribution of controlled substances.

2.      This affidavit is submitted in support of a criminal complaint charging John L. FORTINI with possession with intent to manufacture and distribute marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii); and,  knowingly using and maintaining a place, that is, 8746 Caraway Lake Court, Boynton Beach, Florida, for the purpose of manufacturing marijuana, in violation of Title 21, United States Code, Section 856(a)(1).

1

3.      Your Affiant has personally participated in this investigation, and has also received information from the Palm Beach County Sheriff's Office (hereinafter PBSO) and other DEA law enforcement personnel. However, this affidavit does not contain each and every fact known to me about this investigation. Rather, this affidavit sets forth only those facts which are necessary to establish probable cause to believe that John L. FORTINI committed the above-stated violations.

## FACTS AND CIRCUMSTANCES

4.      On March 2, 2011, PBSO received a Crime Stoppers tip regarding a suspected marijuana grow house operation located in the area of 8746 Caraway Lake Court, Boynton Beach, Florida. The caller complained about the overwhelming smell of raw cannabis.  A PBSO officer arrived at the aforementioned residence and corroborated, firsthand, the smell of raw cannabis emanating from the residence. The officer knocked on the front door of the residence and received no response. Subsequently, the officer observed through an upstairs window two males inside the residence. The males quickly walked out of view and turned off the lights inside the residence. The officer then walked away from the residence and established surveillance.

5.      While conducting surveillance, the officer observed the home's garage door open. A silver Land Rover backed out of the garage and drove away.  The officer observed two white males inside the vehicle. PBSO officers maintained surveillance on the residence, while additional officers followed the vehicle. Officers checked the license plate of the Land Rover and learned that the license plate was registered to an abandoned vehicle. Officers also learned that the driver of the vehicle, FORTINI, had an outstanding arrest warrant for failure to appear.

2

6.      Officers performed a traffic stop on the vehicle. There was a heavy odor of marijuana emanating from the car. FORTINI was placed under arrest on the outstanding warrant. Officers located a small vial containing a controlled substance (Steroids) in the vehicle's center console. FORTINI were each charged with possession of a controlled substance.

7.      Based on the aforementioned information, officers applied for and received a state search warrant for the aforementioned residence.

8.      On March 3, 2011, at approximately 10:10 A.M., officers executed the search warrant at 8746 Caraway Lake Court, Boynton Beach, Florida. Upon making entry inside the residence, officers observed a fully operational marijuana grow house. Officers seized approximately 174 marijuana plants with fully developed root systems, and an additional 109 "cloned" marijuana plants. The "cloned" plants were in the process of being cultivated into fully developed plants, but the root systems had not yet developed. The marijuana plants were located in several bedrooms throughout the house. Officer also located 15.8 lbs of processed marijuana. Officers located a bank receipt on the garage floor of the residence. The receipt indicated that a withdrawal of $6300 was made from Chase Bank on March 1, 2011. Inside the home's mailbox, officers located mail addressed to the tenant of the residence, John FORTINI.

9.      Based on the foregoing facts, there is probable cause to believe that on or about
JPS   3-8-11
March 2, 2011, the defendants, John L. FORTINI, did knowingly possess with intent to manufacture and distribute over 100 marijuana plants, in violation of Title 21, United States Code, Sections

3

841(a)(1) and 841(b)(1)(B)(vii); and, did knowingly use and maintain a place, that is, 8746 Caraway Lake Court, Boynton Beach, Florida, for the purpose of manufacturing marijuana, in violation of Title 21, United States Code, Section 856(a)(1).

Further your affiant sayeth naught.

Devon M. Robinson, Special Agent
Drug Enforcement Administration

Signed and sworn to me this ___ day of March 2011.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   11-8074-LRJ

UNITED STATES OF AMERICA

vs.

JOHN FORTINI,

                    Defendant.
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States
    Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to September 1, 2007?  _____ Yes  _X__ No

                    Respectfully submitted,

                    WIFREDO A. FERRER
                    UNITED STATES ATTORNEY


            BY:     _____
                    RINKU TRIBUIANI
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar No. 0150990
                    500 S. Australian Avenue, Suite 400
                    West Palm Beach, FL 33401-6235
                    Tel: (561) 820-8711
                    Fax: (561) 820-8777
                    Email: Rinku.Tribuiani@usdoj.gov